# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SMITH, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) |
| v. | ) **AS REMOVED FROM THE** |
| | ) **SUPERIOR COURT OF** |
| WELLS FARGO MORTGAGE, | ) **GWINNETT COUNTY, GEORGIA,** |
| | ) **CIVIL ACTION FILE NO. 18-A-** |
| Defendant. | ) **02100-9** |

## NOTICE OF REMOVAL

COMES NOW Wells Fargo Mortgage ("Wells Fargo"), Defendant in the above-captioned matter, which was filed in the Superior Court of Gwinnett County, Georgia, Civil Action File No. 18-A-02100-9 (the "Superior Court Action"), and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the Superior Court Action to the United States District Court for the Northern District of Georgia, Atlanta Division.  In accordance with the provisions of 28 U.S.C. § 1446(a), Defendant respectfully shows the Court the following:

## I. BACKGROUND

1.

In his Complaint, Plaintiff alleges that Wells Fargo violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (the "FDCPA").

2.

Plaintiff contends that Wells Fargo violated the FDCPA when on November 30, 2017 Plaintiff "received a response to a Qualified Written Request[.]" [Complaint, § 8]. Plaintiff contends that "[t]here is no factual or legal bases for the Defendants to make such a false, deceptive, or misleading representation or means" with regard to the letter that he received. [Id.].

3.

The sole claim asserted by Plaintiff in his Complaint is set forth at "Count I" which is identified as "Violation of the Fair Debt Collection Practices Act." Plaintiff contends that Wells Fargo violated 15 U.S.C. § 1692e because it allegedly made "false, deceptive, or misleading" representations to Plaintiff in connection with the collection of a debt. [See Complaint, ¶¶ 10-11]. The relief sought by Plaintiff is "all appropriate relief provided for by statute." [Complaint, p. 4].

- 3 -

## II.    JURISDICTION

4.

This case is being removed pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.  Section 1331 provides for "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States" and cases meeting this criterial may be removed to district court pursuant to 28 U.S.C. §§ 1441 and 1446.

5.

A claim under the FDCPA is a claim that arises under the "Constitution, laws, or treaties of the United States" and may therefore be removed to this Court. *See Grimsley v. Palm Beach Credit Adjusters, Inc.*, 691 F. App'x 576, 578, n. 5 (11th Cir. 2017) (removal of an FDCPA claim is proper).

## III.    REMOVAL

6.

This Notice of Removal is timely filed and has been filed in advance of thirty (30) days from Defendants' receipt of Plaintiff's claims on April 6, 2018. Accordingly, removal is timely under 28 U.S.C. § 1446.

7.

Contemporaneously with the filing of this Notice of Removal, Defendants served written notices on Plaintiff and the Clerk of the Superior Court of Gwinnett County, Georgia, as provided by 28 U.S.C. § 1446(d).

8.

Pursuant to the provisions of 28 U.S.C. § 1446, copies of all process, pleadings, and orders filed in the Superior Court Action are attached hereto as Exhibit "1".

WHEREFORE Defendants respectfully request that Plaintiff's Complaint be removed, pursuant to 28 U.S.C. § 1441(a), from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on the basis of this Notice of Removal, and that this Court take jurisdiction of this action for the determination of all issues, trial, and judgment, to the exclusion of any further proceedings in the Superior Court of Gwinnett County, Georgia.

Respectfully submitted this 2nd day of May, 2018.

WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Arthur A. Ebbs
      Arthur A. Ebbs
      State Bar No. 416181
      Brittany Crosby
      State Bar No. 692075

271 17th Street NW
Suite 2400
Atlanta, Georgia 30363
Telephone:  (404) 872-7000
Facsimile:  (404) 888-7490
Email:      Arthur.Ebbs@wbd-us.com
            Brittany.Crosby@wbd-us.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing *Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF system and has been served on the following via U.S. Mail as follows:

>Eric Smith
>5678 Rapallo Terrace
>Sugar Hill, Georgia 30518

This 2nd day of May, 2018.

>/s/ Arthur A. Ebbs
>Arthur A. Ebbs
>State Bar No. 416181